To who it may concern.

My name is Robert Bloom #360-073, SID# 2802360, the reason that I'm writing you is because I am an inmate on Protective Custody at the Maryland Correctional Inst, Hagerstown. On 1-18-15 while I was performing my sanitation duties in the rec-hall, I was threatened with assault by a officer. This officer is Ofc. Griffin who works the 4-12pm shift. Officer Griffin asked acting O.I.C. Ofc. Stanley to lock me in, because I had walked down by his rec-hall door, and to hurry up before he comes across the rec-hall and kicks my face in. This officer has made threats to other inmates here on protective custody before, and I took his threat serious and I was in fear for my safty. I am on P.C. because a gang member cut my throat with a razor, so I take all threats serious. If I complain to the administration, I fear I'll be transferred to another P.C. unit. Here at M.C.I-H we have single cells while all the other P.C. units have double cells. I do not want to lose my single cell, but at the same time I dont want my face kicked in. If you could possibly send a injunction ordering the administration not to transfer me I would greatly appreciate it. That way I can file my complaint aginst the officer without fear of restitution by way of a transfer. Thank you in advance for any and all help you give me.

Sincerly
Robert A. Bloom #360073
# 2802
860

94-334  CR

Robert Bloom #360-073
#280236
MCI-H
18601 Roxbury Rd
Hagerstown MD 21746

United States Federal Court
Court Clerk
101. W. Lombard St.
Baltaimor MD 21201

22 JAN 2015 PM 5 L

FILED ____ ENTERED
____ LOGGED ____ RECEIVED

JAN 26 2015
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

21201260599